# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 2:25-mj-628 |
| Seth Xavier Mullins | ) | |
| 4315 Pickerington Rd | ) | |
| Carroll, Ohio 43112 | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 2024__ in the county of __Fairfield__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251 | Sexual Exploitation of a Minor/Advertisement |
| 18 U.S.C. §§ 2252, 2252A | Distribution/Receipt/Transportation/Possession of Child Pornography |
| 18 U.S.C. §§ 2242 | Coercion and Enticement of a Minor |

This criminal complaint is based on these facts:

See the attached Affidavit of FBI SA Josh Saltar which is fully incorporated herein.

☑ Continued on the attached sheet.

Digitally signed by JOSH SALTAR
Date: 2025.11.04 10:38:17 -05'00'

*Complainant's signature*

Josh Saltar Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 4, 2025

Kimberly A. Jolson
United States Magistrate Judge

City and state: Columbus, Ohio

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**In the matter of:**

| | | |
|---|---|---|
| **United States of America** | : | **Case No.:** 2:25-mj-628 |
| v. | : | |
| **Seth Xavier Mullins** | : | |
| **4315 Pickerington Rd** | : | **Magistrate Judge:** Jolson |
| **Carroll, Ohio 43112** | : | |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Josh Saltar (Your Affiant), a Special Agent (SA) with the Federal Bureau of Investigation (FBI), being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. I, Special Agent Josh Saltar (your affiant), make this affidavit in support of a criminal complaint to arrest Seth X. Mullins for violations of 18 U.S.C. §§ 2251, 2252 and 2252A - the sexual exploitation of a minor/advertisement and distribution, receipt, and possession of child pornography as well as 18 U.S.C. §2422 – coercion and enticement of a minor. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, your affiant did not include each and every fact known concerning this investigation. Your affiant did not withhold any information or evidence that would negate probable case. Your affiant set forth only the facts that are believed to be necessary to establish probable cause that Seth X. Mullins (**MULLINS**) committed the violations listed above.

2. I am a Special Agent (SA) with the Federal Bureau of Investigations (FBI) and have been since October 2014. I am currently assigned to the Child Exploitation and Human Trafficking Task Force, Cincinnati Division, Columbus Resident Agency. I am primarily responsible for investigating internet crimes against children, including child pornography offenses and the online exploitation of children. During my career as a SA, I have participated in various investigations involving computer-related offenses and have executed numerous search warrants, including those involving searches and seizures of computers, digital media, software, and electronically stored information. I have worked with multiple international law enforcement agencies around the world, focusing on cyber-terrorism and terrorist financing through computer intrusions. I have also assisted on various cases and violations, ranging from violent crimes against children and white collar to healthcare fraud, counterintelligence, and counterterrorism.

3. As part of my duties as a Special Agent, I investigate criminal violations relating to child exploitation and child pornography violations, including the illegal production, distribution, transmission, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252, and 2252A. I have reviewed numerous examples of child

Case: 2:25-mj-00628-KAJ Doc #: 1 Filed: 11/04/25 Page: 3 of 7 PAGEID #: 3

pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. Prior to joining the FBI, I spent four years working as a civilian Intelligence Specialist for the U.S. Air Force at the National Air and Space Intelligence Center located at the Wright-Patterson Air Force Base, under both the cyber and counterspace squadrons, performing classified intel and reverse engineering duties. During my employment, I have received numerous forensic trainings with the both the Department of Defense and Department of Justice, as well as from private sector security conferences. I have received multiple certifications in Windows, mobile, and memory forensics, as well as incident response and penetration testing, and am certified by the Department of Justice as a Digital Extraction Technician. I received my B.A. from Anderson University in computer science, with a focus on programming, artificial intelligence, and machine learning.

4. As a SA with the FBI, I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.

## FACTS SUPPORTING PROBABLE CAUSE

5. On or about September 9, 2025, the FBI's Columbus Child Exploitation and Human Trafficking group received information from the Portland, Oregon Multnomah County Sheriff's Office (MCSO) that Jane Doe, the parent of a ten (10) year old minor female, herein referred to as MV, had been engaging in "sexual type texts with a 23-year-old male that lives in Ohio." Jane Doe went through MV's phone and discovered text messages between MV and an adult male, later identified and henceforth referred to as Seth Xavier **MULLINS**, who resided at the address 4315 Pickerington Rd, Carroll, OH 43112.

6. The messages were described, and later confirmed, to be sexual in nature as outlined more fully below. **MULLINS** distributed to MV photos and videos of his exposed penis and depictions of himself utilizing sex toys. Throughout the communications, **MULLINS** repeatedly asked for MV's age. MV initially informed **MULLINS** she was 13 years old and **MULLINS** stated that he was 23 years old. The following messages were also noted as being sent by **MULLINS** to the MV:
    - "I like them younger too"
    - "I was actually happy when you said you're 13"
    - "you could be 8 and I'd still love you"

7. The initial report by MCSO Deputy was taken on or about September 4, 2024 and indicated that Jane Doe reported that MV left her cell phone at school. When Jane Doe went to retrieve it, she decided to go through the device. Jane Doe discovered that a male subject had been contacting her daughter through three different phone numbers.

8. Jane Doe further reported that MV had blocked the male, now known to be **MULLINS**, because MV started feeling uncomfortable. **MULLINS** had been asking for too much from MV and that is when **MULLINS** started contacting MV using other cell phone numbers. MV told Jane Doe that **MULLINS** suggested using other apps so that their conversations could be deleted. MV also told Jane Doe that **MULLINS** knew MV was ten years old, that

    MULLINS liked having conversations with minors, and that **MULLINS** wanted MV to call him a pedophile.

9. During the initial report, Jane Doe showed the deputy a picture that **MULLINS** had distributed to MV. The picture depicted a white male with a skinny build and long blonde hair. The deputy also observed numerous files depicting naked pictures of **MULLINS** showing his penis, **MULLINS** using sex toys on himself, and **MULLINS** masturbating. There were also videos showing what appeared to be an unidentified female performing oral sex on an unidentified male, as well as videos of cartoon characters engaging in various sexual acts. MCSO law enforcement also observed videos of people wearing animal costumes engaging in sex acts that were sent to MV by **MULLINS**.

10. One image of **MULLINS** that was distributed to MV depicted **MULLINS** inside a restaurant or a bar with the message "This is me". The photo was dated August 28, 2024 at 1:49:18pm. Jane Doe indicated that certain items in the background of the picture led her to believe the picture may have been taken at Barley's Brewing Company at 467 N High St, Columbus, OH 43215. Upon examining the image, your affiant, after receiving the lead from MCSO, also recognized the location in the image to be Barley's Brewing Company, based on the items on the wall and surrounding area.

11. Your affiant compared the male depicted in the image that was distributed to MV to the Ohio BMV photo driver's license picture of Seth Xavier **MULLINS**, confirming they were the same person. Additionally, the image of **MULLINS** at Barley's Brewing Company that was distributed to MV was also observed to be the profile picture for **MULLINS** on his personal Facebook page.

12. Jane Doe provided MCSO with the cellphone of MV as well as the passcode. A download of MV's phone was subsequently completed. After the download of MV's was completed, MCSO observed messages that were sent by **MULLINS** to MV and observed a screenshot of a Telegram account with a phone number of 740-407-3555 listed within the image. Law enforcement also noted two other phone numbers **MULLINS** used to contact MV - 614-768-8586 and 419-500-1129. Both the 614-768-8586 and the 419-500-1129 phone numbers were found to be TextNow phone numbers.

13. Messages from the 614-768-8586 phone number sent on or about August 28, 2024 included several messages where **MULLINS** informed MV he was "jerking off". **MULLINS** also asked MV for pictures of herself. MCSO learned that MV sent a picture of an unknown female's face to **MULLINS** that she had "Googled" online because she didn't want to send one of her own face. After MV sent the picture of the teenage girl as herself, **MULLINS** responded at 1:47:01pm, asking "Are you gonna show your pussy or just a little face". **MULLINS** sent another message to MV at 1:47:09pm saying, "I was gonna show my dick loll". A short time later, at 5:03:40pm, **MULLINS** asked MV "Want pics of mt dick?" **MULLINS** then asked MV to send nude pictures as well. When MV asked "Wha", **MULLINS** responded by saying "Naked pictures of yourself" followed by "Show me your tight pussy".

14. The conversation continued on or about August 28, 2024 and MV sent the message to **MULLINS** which stated "So am 13 and you". **MULLINS** responded by asking "Would it be bad if I was over 18" and MV said "No". **MULLINS** then informed MV that he was "23" and asked, "Is that okay." MV said it was ok but stated she was confused because she was 13 and he was 23. MV then asked **MULLINS** if that scared him, to which he said, "We don't have to worry about age." MV asked **MULLINS** about what if he went to jail or what if she went to jail, and **MULLINS** responded by saying they wouldn't. **MULLINS** then said, "Well what if I was actually younger, I just said 23 because I like talking to adults".

15. After MV indicated she was scared and expressed concern that her mother might see her phone and delete **MULLINS**' phone number, **MULLINS** suggested deleting the chat after they were done and asking MV if she knew how to delete chats. **MULLINS** then continued to ask MV for nude pictures of her vagina. MV replied that she was scared. **MULLINS** confirmed twice with MV that she could delete messages.

16. Review of MV's phone contents confirmed that on or about August 28, 2024 at 5:22:27pm, **MULLINS** distributed to MV a picture of an erect penis purportedly being held by his hand from phone number 614-768-8586.

17. During the same conversation on August 28, 2024, **MULLINS** continued asking if MV wanted more pictures and encouraged her to send pictures as well. **MULLINS** said, "I'll send some if you do" referring to nude pictures. MV replied by saying "Of wha tho"? **MULLINS** said, "Your pussy?" followed by "It'll be okay if you delete it after" and "Trust me." MV and **MULLINS** continued to go back and forth about what to send when **MULLINS** stated, "So a video of me rubbing my penis and then you'll send a picture of your pussy?" to which MV replied "Yes".

18. During the same conversation, MV distributed to **MULLINS** a picture of a younger looking female she found on the internet. **MULLINS then** made several comments such as "You're going to be so hot…I don't care if you're chubby or hairy or anything…You're so cute." **MULLINS** then sent the following messages: "OMG…I LOVE HOW YOU LOOK…AND YOUR PUSSY…OMG THANK YOU SO MUCH…I LOVE YOU SO MUCH." **MULLINS** further stated, "I love your pussy so much" and "We're you afraid to send it." No image of MV's vagina was ever recovered. However, based on the numerous requests by **MULLINS** for a picture of MV's vagina, the phone of MV's vagina found by Jane Doe on MV's phone, and the admissions MV made about sending **MULLINS** a photo of her vagina, it is believed that was the point where MV photographed her vagina and distributed it to **MULLINS** at his request.

19. **MULLINS** continued to send media to MV, including a video of his erect penis in his hand, an audio message of a subject moaning and breathing heavily, and images of "furry porn" which depicted a cartoon of an animal with an erection laying on a bed with what appears to be a masturbation toy. **MULLINS** also told MV that he had a "fursuit head."

20. **MULLINS** then suggested they move the conversation to Telegram, where they could communicate further and easily delete conversations if they needed to. **MULLINS** sent

MV a picture of the Telegram app on August 29, 2024 at 10:07:09am. **MULLINS** told MV to look up the name @Little_Bark on Telegram and then to tap on the picture with a cat.

21. On August 28, 2024, **MULLINS** sent a screen shot of his Telegram account with the cat face on it, with username "Little Bark". There was a phone number visible under the username of 740-407-3555. **MULLINS** told MV that it was better for him if they continued to message using Telegram. MV later sent a message saying she had to delete Telegram because her mother told her to.

22. **MULLINS** continued to communicate with MV, sending her another picture of his erect penis and numerous sexual messages and asked sked MV if it was weird that he got horny because she was a child. **MULLINS** also asked MV if she knew what a "pedo" was, before clarifying "Pedophile." **MULLINS** explained that a pedophile is an adult who is attracted to kids and wants to have sex with kids. He then referred to himself as a "Pedo" and asked MV to call him a "good pedo" and a "good pedopuppy". **MULLINS** also distributed a picture to MV of two animated dogs having sex in various positions on August 30, 2024, telling her "We should do this".

23. Legal process was sent by MCSO to Telegram requesting subscriber information, IP address, length of service, and phone numbers for account "@little_bark". Return records indicated that cell phone number 740-407-3555 was associated with "@little_bark" and that IP address 24.210.119.132 was associated with the last login for the account. The IP address resolved to Charter Communications and legal process was then sent to Charter requesting account owner identifiers and a physical address for the customer associated with the IP address.

24. Return records from Charter revealed the IP address was associated with a subscriber with Charter account number 8362231300016546. The subscriber's name was a family member of **MULLINS** at 4315 Pickerington Road, Carroll, OH 43112-7705. This family member was listed as a cosigner on **MULLINS** Ohio BMV records.

25. On or about September 29, 2025, law enforcement submitted legal process to TextNow, requesting subscriber information related to phone number 614-768-8586. Responsive records revealed that the username associated with the phone number was "xeosnowdog". Your affiant then located a Facebook page with profile name "Xeo Snow". The "Xeo Snow" Facebook page contained several references to **MULLINS**, including pictures of him in the "photos" section, and posts in which **MULLINS** confirmed the account belonged to him. The profile picture on the Facebook page showed a blue colored cartoon dog with antlers on its head and distinctive black marks on the bridge of its nose that resembled an upside-down triangle with three dots underneath it.

26. The TextNow records also indicated that the account was active between August 28, 2024 at 4:00am UTC and August 30, 2024 at 3:34:59pm UTC, which was a period of time in which **MULLINS** and MV were actively communicating. TextNow records also indicated that the account's registration IP address was 24.210.119.132, noted to be the same IP

address associated with the Telegram account used by **MULLINS**, and confirmed to be based at **MULLINS**' residence.

27. Further, the TextNow records showed that an email address of xeosnowdog@gmail.com was associated with the account. An open-source database search of the email address showed that the profile picture of the Google account depicted the same blue dog seen in **MULLINS** "Xeo Snow" Facebook page.

28. Your affiant obtained federal search warrants for the person and residence of **MULLINS** on November 3, 2025. The warrants were executed on November 4, 2025. At the time law enforcement was on scene, **MULLINS** was exiting his vehicle to be interviewed when a cellular phone fell out of his vehicle onto the ground. The phone screen showed messages being sent to the name "Xeo Snow" or a similar variation. **MULLINS** immediately requested an attorney and no interview with him was conducted.

29. Inside the residence, law enforcement located a "furry suit" that resembled a cartoon animal picture seen in explicit images sent from **MULLINS** to MV. Additionally, agents located a sex toy that was previously observed in an image sent from **MULLINS** to MV. The image sent to MV showed **MULLINS** inserting the sex toy into his anus. **MULLINS** brother confirmed that **MULLINS** has been using the "Xeo Snow" moniker for numerous years. Agents also observed artwork on the walls of **MULLINS**' bedroom that were also depicted could also be seen in the images sent from **MULLINS** to MV.

30. Based upon the above information, your affiant submits that there is probable cause to believe that Seth X. **MULLINS** has committed offenses in violation of 18 U.S.C. §§ 2251, 2252 and 2252A - the sexual exploitation of a minor/advertisement and distribution, receipt, and possession of child pornography as well as 18 U.S.C. §2422 – coercion and enticement of a minor. Therefore, your affiant respectfully requests this court issue a criminal complaint and arrest warrant.

Respectfully submitted,

*Josh Saltar*
Josh Saltar
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on November 4, 2025

Kimberly A. Jolson
United States Magistrate Judge